B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re     Adayana, Inc.
                                        Debtor(s)

Case No. _____
Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ComVest Capital II L.P.<br>525 Okeechobee Blvd., Suite 1050<br>West Palm Beach, FL 33401 | Jeremy Downs<br>ComVest Capital II L.P.<br>525 Okeechobee Blvd., Suite 1050<br>West Palm Beach, FL 33401<br>312-201-3893 | Blanket Lien | | 13,250,000.00<br><br>(12,028,525.96 secured) |
| Vora, Geeta Sunderlal<br>62 E Golden Lake Rd<br>Circle Pines, MN 55014 | Vora, Geeta Sunderlal<br>62 E Golden Lake Rd<br>Circle Pines, MN 55014<br>763-780-8837 | Promissory Note | | 361,209.00 |
| Parell, Jeffrey<br>5504 Halifax Ln<br>Edina, MN 55424 | Parell, Jeffrey<br>5504 Halifax Ln<br>Edina, MN 55424<br>952-996-0114 | Promissory Note | | 260,972.00 |
| Mehta, Ramesh<br>20536 E Meghan Ct<br>Walnut, CA 91789 | Mehta, Ramesh<br>20536 E Meghan Ct<br>Walnut, CA 91789<br>909-869-6330 | Promissory Note | | 208,611.00 |
| Shamblot, Steve<br>7974 Sailboat Key Blvd S #601<br>S Pasadena, FL 33707 | Shamblot, Steve<br>7974 Sailboat Key Blvd S #601<br>S Pasadena, FL 33707<br>952-945-9363 | 4/16/2009<br>Promissory Note - $52,395.00<br>8/22/2011<br>Promissory Note - $55,840.00 | | 108,235.00 |
| SHI International Corp<br>PO Box 92121<br>Dallas, TX 75395-2121 | SHI International Corp<br>PO Box 92121<br>Dallas, TX 75395-2121<br>888-764-8888 | Trade Debt | | 105,000.00 |
| Peterson, Daniel<br>4945 Lonsdale Blvd E<br>Northfield, MN 55057 | Peterson, Daniel<br>4945 Lonsdale Blvd E<br>Northfield, MN 55057<br>507-645-9712 | Promissory Note | | 104,306.00 |
| SSI Financial<br>c/o Stan Kagin<br>2905 E Dean Parkway #B<br>Minneapolis, MN 55416 | SSI Financial, c/o Stan Kagin<br>2905 E Dean Parkway #B<br>Minneapolis, MN 55416<br>612-922-4312 | Promissory Note | | 104,167.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   Adayana, Inc.                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Heenan, Lucille & George 4309 College Heights Cir Bloomington, IL 55437-2116 | Heenan, Lucille & George 4309 College Heights Cir Bloomington, IL 55437-2116 952-844-9441 | Promissory Note | | 52,486.00 |
| Buelt, Dave 11396 Bayhill Way Indianapolis, IN 46236 | Buelt, Dave 11396 Bayhill Way Indianapolis, IN 46236 | Promissory Note | | 52,486.00 |
| CP Pyramid Associates L.P. c/o Sterling American Property IV, LP 111 Great Neck Rd., Suite 408 Great Neck, NY 11021 | Becky Fields CP Pyramid Associates L.P. 111 Great Neck Rd., Suite 408 Great Neck, NY 11021 becky.fields@cassidyturley.com | Rent | | 43,174.38 |
| Sivertrson, Wayne 2422 Unity Ave N Golden Valley, MN 55422 | Sivertrson, Wayne 2422 Unity Ave N Golden Valley, MN 55422 763-522-9090 | Promissory Note | | 40,560.00 |
| McGladrey LLP 5155 Paysphere Circle Chicago, IL 60674 | Michael Pottratz McGladrey LLP 5155 Paysphere Circle Chicago, IL 60674 Michael.Pottratz@mcgladrey.com | Accountant Fees | | 10,000.00 |
| Furber Timmer Zahn, PLLP 2050 Canadian Pacific Plaza 120 S 6th S Minneapolis, MN 55402-1801 | Ted Furber Furber Timmer Zahn, PLLP 120 S 6th St., Suite 2050 Minneapolis, MN 55402-1801 tfurber@e-lawfirm.com | Legal Fees | | 6,525.82 |
| Ethos IT 5943 Ascending Heights Dr. IN 46200 | Ethos IT 5943 Ascending Heights Dr. Indianapolis, IN 46234 317-858-9381 | IT Services | | 4,200.00 |
| Main Street Partners, L.L.P. 7450 France Ave S Minneapolis, MN 55435 | Main Street Partners, L.L.P. 7450 France Ave S Minneapolis, MN 55435 | Rent | | 2,024.11 |
| Ernst & Young LLP PO Box 640382 Pittsburgh, PA 15264-0382 | Joe Macri Ernst & Young LLP PO Box 640382 Pittsburgh, PA 15264-0382 joe.macri@ey.com | Accountant Fees | | 1,756.00 |
| BMO Harris Bank 770 N. Water St. NW8 Milwaukee, WI 53202 | James Moloy BMO Harris Bank 770 N. Water St. NW8 Milwaukee, WI 53202 317-684-5287 | Guaranty of debt of AGB, an Adayana Company, Inc. and Vertex Solutions, Inc. | Contingent Unliquidated | Unknown |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re   Adayana, Inc.                                                                              Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the ____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   10/14/13           Signature   _[signature]_   CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.